IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ERICA N. McKEEL, Individually, and ERICA N. McKEEL, and DANIEL CALEB McKEEL, as Surviving Parents of MURPHY FOSTER McKEEL, Deceased, ASSIGNEES OF CUONG NGUYEN and MINH NGUYEN, Individually and d/b/a LIMELIGHT BAR & GRILL, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br> Defendants. | * * * * * * * * * * * * * * * * * * * <br><br> CV413-191 <br><br> CIVIL ACTION NO. _____ |

## NOTICE OF REMOVAL OF CIVIL ACTION

COMES NOW the defendant in the above matter and files this its Notice of Removal and respectfully shows the Court the following, to-wit:

1. That the case of <u>Erica N. McKeel, Individually, and Erica N. McKeel, and Daniel Caleb McKeel, as Surviving Parents of Murphy Foster McKeel, Deceased, Assignees of Cuong Nguyen and Minh Nguyen, Individually and d/b/a Limelight Bar & Grill, LLC v. State Farm Mutual Automobile Insurance Company</u> is presently pending in the <u>State Court of Bryan County</u>, the same being Civil Action Number 2013-SV-083.

2. The plaintiffs in said action are residents of Georgia.

3. The defendant State Farm Mutual Automobile Insurance Company is a foreign corporation incorporated in the State of Illinois and having its principal place of business in the State of Illinois.

4.   This Court has jurisdiction in this matter on the basis of diversity of citizenship of the parties pursuant to 28 U.S.C. §§ 1332 and 1441.

5.   That the amount in controversy in this matter exceeds the sum of $75,000.00, exclusive of costs, interest and attorney's fees based upon the allegations of Plaintiffs' Complaint.

6.   The requisite jurisdictional amount required by 28 U.S.C. §1441 and 28 U.S.C. §1332 has been met.

7.   This Notice of Removal has been timely filed within thirty (30) days of service of the Plaintiffs' Complaint upon defendant.

8.   Venue properly rests in the Savannah Division of the United States District Court for the Southern District of Georgia as this case is being removed from the State Court of Bryan County, Georgia.

9.   That true and correct copies of all process, pleadings and orders received in this action are attached hereto as Exhibit "A" as required by 28 U.S.C. §1446(a).

RESPECTFULLY SUBMITTED this the 15 day of August, 2013.

BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP

s/John E. Bumgartner
John E. Bumgartner
Georgia Bar Number 094600
Attorney for Defendant
Post Office Box 220
Brunswick, GA 31521-0220
(912)264-8544
jbumgartner@brbcsw.com

STATE OF GEORGIA

COUNTY OF GLYNN

I, JOHN E. BUMGARTNER, being first duly sworn, state that I am the attorney for the Defendant, in the foregoing Notice; that I have prepared and read the foregoing Notice; and that the matters set forth and contained therein are true and correct to the best of my knowledge and belief.

_____(SEAL)
John E. Bumgartner

Sworn to and subscribed before
me this 15th day of August, 2013.

_____
Notary Public

Notary Public, Glynn County, Georgia
My Commission Exp. June 7, 2016

My Commission Expires:_____

(Seal)

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ERICA N. McKEEL, Individually, and ERICA N. McKEEL, and DANIEL CALEB McKEEL, as Surviving Parents of MURPHY FOSTER McKEEL, Deceased, ASSIGNEES OF CUONG NGUYEN and MINH NGUYEN, Individually and d/b/a LIMELIGHT BAR & GRILL, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * CIVIL ACTION NO. _____ <br> * <br> * <br> * <br> * <br> * |

## CERTIFICATE OF SERVICE

This is to certify that the following party has been served with a copy of the foregoing pleading:

> Brent J. Savage, Esq.
> SAVAGE, TURNER, PINCKNEY & MADISON
> Post Office Box 10600
> Savannah, Georgia 31412

in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

This _15_ day of August, 2013.

BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP

_s/John E. Bumgartner_
John E. Bumgartner
Georgia Bar Number 094600
Attorney for Defendant
Post Office Box 220
Brunswick, GA 31521-0220
(912)264-8544
jbumgartner@brbcsw.com