# United States District Court
## Southern District of Georgia

Erica N. McKeel, et al.

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV413-191

State Farm Mutual Automobile Insurance Company

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of September 29, 2014, judgment is entered dismissing this case.

| | |
|---|---|
| September 29. 2014 | Scott L. Poff |
| Date | Clerk |
| | *Elizabeth C. Weil* |
| | (By) Deputy Clerk |